IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:24-cv-00643-D

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS AUSTIN WINGENFELD and PAMELA JEAN DUKES,<br><br>Defendants. | **CONSENT ORDER GRANTING MOTION TO DEPOSIT FUNDS AND FOR DISCHARGE, DISMISSAL, AND PERMANENT INJUNCTION** |

This matter is before the Court on the Joint Motion to Deposit Funds and for Discharge, Dismissal, and Permanent Injunction ("Joint Motion") submitted by Plaintiff-in-Interpleader Metropolitan Life Insurance Company ("MetLife") and Defendants Travis Wingenfeld and Pamela Dukes (collectively, "the Parties"). Having considered all matters of record and for good cause shown, the Joint Motion is hereby **GRANTED**. Accordingly, **IT IS HEREBY ORDERED**:

(a) That the Clerk of this Court accept MetLife's check and receive the funds at issue into the Registry of this Court. Funds received pursuant to this Order meet the Internal Revenue Service definition of a "Disputed Ownership Fund" (DOF) and must be deposited into the CRIS DOF administered by the Administrative Office of the United States Courts, which will be responsible for meeting all DOF tax requirements. The ultimate disposition of these funds will be determined by Order of this Court in the above-styled action;

(b) That MetLife is hereby **DISCHARGED** from all further liability under the employee welfare benefit plan ("the Plan") sponsored and maintained by The Goodyear Tire & Rubber Company, beyond those monies deposited into the Court's Registry in the amount of $55,000 (the "Interpleader Funds"), plus any applicable accrued interest, by reason of the death of Michael John Wingenfeld ("the Decedent");

(c) That MetLife is hereby **DISMISSED WITH PREJUDICE** from this action;

(d) That Defendants Travis Austin Wingenfeld and Pamela Jean Dukes are hereby **PERMANENTLY ENJOINED** and restrained from initiating any other action against MetLife for recovery of the benefits payable under the Group Policies and the Plan by reason of the death of the Decedent.

SO ORDERED. This 5 day of June, 2025.

JAMES C. DEVER III
United States District Judge

*[Signatures of Counsel appear on next page]*

Order presented and consented to by:

/s/ Nikole M. Crow
Nikole M. Crow
GA State Bar No. 198359
WOMBLE BOND DICKINSON (US) LLP
1331 Spring Street, NW, Suite 1400
Atlanta GA 30309
Telephone (404) 962-7533
Fax (404) 870-8233
Email Nikole.Crow@wbd-us.com

*Counsel for Plaintiff Principal Life Insurance Company*

/s/ Andrew K. Sonricker
Andrew K. Sonricker
N.C. State Bar No. 55224
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone (919) 755-2100
Facsimile (919) 755-2150
Email Andrew.Sonricker@wbd-us.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff Principal Life Insurance Company*

/s/James C. Macrae, Jr.
James C. MacRae, Jr.
N.C. State Bar No. 15955
MACRAE & WHITLEY, LLP
131 S. Cool Spring Street
Fayetteville, NC 28301
Phone: 910-483-0107
Fax: 910-323-3813
Email:jmacrae@macraewhitley.com

*Counsel for Defendant Pamela Dukes*

/s/ M. Leila Louzri, Esq.
M. Leila Louzri, Esq.
North Carolina Bar #: 48743
FOSTER LAW FIRM, LLC
25 Mills Avenue
Greenville, SC 29605
(864) 242-6200
(864) 233-0290 (facsimile)
E-mail: llouzri@fosterfoster.com

*Counsel for Defendant Travis Wingenfeld*

3

Case 5:24-cv-00643-D-KS    Document 20    Filed 06/05/25    Page 3 of 3