IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:24-cv-00643-D

| METROPOLITAN LIFE INSURANCE COMPANY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **CONSENT ORDER GRANTING MOTION TO DISBURSE FUNDS** |
| TRAVIS AUSTIN WINGENFELD and PAMELA JEAN DUKES, | ) |
| Defendants. | ) |

THIS CAUSE coming on to be heard and being heard before the undersigned United States District Judge on the parties Joint Motion to Disburse Funds submitted by Defendants Travis Austin Wingenfeld and Pamela Jean Dukes and having considered all matters of record and for good cause shown, the Joint Motion is Granted.

IT IS HEREBY ORDERED, adjudged and decreed that the Clerk of Court disburse from the Registry of the Court, $1,000.00 to Attorney M. Leila Louzri FBO Travis Austin Wingenfeld and $55,760.00 to Attorney James C. MacRae, Jr. FBO Pamela Jean Dukes and that this action be dismissed.

SO ORDERED. This the 22 day of July, 2025.

_____
JAMES C. DEVER III
United States District Judge